**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

No. 18-6612

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

CHARLIE LOUIS JONES,

          Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:11-cr-00095-D-1)

Submitted:  July 26, 2018                        Decided:  July 31, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charlie Louis Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlie Louis Jones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motions for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 5:11-cr-00095-D-1 (E.D.N.C. filed May 19, 2018 & entered May 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*